THOMAS S. PARKER, Appellant, *v.* THE CITY OF COHOES, Respondent.

(Argued June 10, 1878; decided June 21, 1878.)

REPORTED below, 10 Hun, 531.

*Rufus W. Peckham* for appellant.

*Matthew Hale* for respondent.

Agree to affirm order, and for judgment absolute against plaintiff on stipulation, on opinion of General Term.

All concur.

Order affirmed, and judgment accordingly.